# Court of Appeals
# of the State of Georgia

ATLANTA,  November 24, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0115.  JEREMY SHEA REYES v. THE STATE.**

On January 8, 2014, the trial court entered an order revoking Jeremy Shea Reyes's probation. Ten months later, on October 28, 2014, Reyes filed this application for discretionary appeal. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

Although the trial court purported to grant Reyes an extension of time, it lacked authority to do so. *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011) ("Because a discretionary application must be filed only in an appellate court, see OCGA § 5-6-35 (d), a *trial* court may not grant an extension of the time to file the application pursuant to OCGA § 5-6-39.") (Emphasis supplied). Instead, an applicant must request an extension from this Court, within the original 30-day filing period. Id.; see also Court of Appeals Rule 31 (g).

Because Reyes did not make a timely request for an extension before this Court, we have no basis for excusing his failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d). Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* ___11/24/2014___
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*